UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone MASSey

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

CAPTAIN holder
E.S.U CAPT John Doe (Tm)
CITy of New york

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

2020 SEP 29 AM 10:10
SDNY PRO SE OFFICE
RECEIVED

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights.

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Tyrone / H / Massey
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

8952000522

Prisoner ID # (If you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

DOB  Manhattan Detention Complex
Current Place of Detention

125 White Street
Institutional Address

New York / NY / 10013
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: _____  Last Name: holder  Shield #: _____
Current Job Title (or other identifying information): CAPTAIN
Current Work Address: 125 white street
County, City: NY  State: NY  Zip Code: 10013

**Defendant 2:**
First Name: John  Last Name: Doe  Shield #: _____
Current Job Title (or other identifying information): CAPTAIN (Emergency Service Unit) ~~(im)~~
Current Work Address: ~~75-20 Astoria Boulevard~~ ~~(im)~~
County, City: ~~East Elmhurst~~  State: ~~N.Y~~  Zip Code: ~~11370~~ ~~(im)~~

**Defendant 3:**
First Name: City  Last Name: of New York  Shield #: _____
Current Job Title (or other identifying information): Government
Current Work Address: City Hall
County, City: New York  State: New York  Zip Code: 10007

**Defendant 4:**
First Name: _____  Last Name: _____  Shield #: _____
Current Job Title (or other identifying information): _____
Current Work Address: _____
County, City: _____  State: _____  Zip Code: _____

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __Manhatan Detention Complex 9 South__

Date(s) of occurrence: __Sept 4, 2020__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Sept 4, 2020 between 7:30pm - 9pm while experiencing a mental health crisis I was cutting myself Captain holder was aware and did nothing ~~~~ to stop me or deescalate situation and did not try to get me medical attention breaching her duty of care and violating N.Y.C D.O.C policy and procedure she was deliberately indifferent to My medical needs and violated my 8th Amendment constitutional rights ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ At 9pm despite being suicidal bleeding from open wounds defendants told me to lock in - go inside my cell. Defendants multiple times told me to kill myself cause I wasn't gonna get medical attention. After being locked in my cell I was maliciously sprayed with chemical agents the city is aware of

N.Y.C Dept of Corrections employees denying me and inmates medical attention and not following policy and procedures and has failed to adequately train, supervise or discipline defendants. I did not file a grievance because staff complaints are not subject to grievance process and I am constantly retaliated against by N.Y.C D.O.C employees when I do make complaints N.Y.C D.O.C employees has physically, sexually assaulted/abused me constantly verbally and emotionally and physically intimidating me

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Lacerations to my body, burning sensation of skin and eyes, irritation to skin, eyes and genitals lacerations cleaned and dressed areas decontaminated and ongoing mental health services — physical/mental pain and suffering post traumatic stress, anxiety

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages relief — $5 million
General damages relief — $5 million
Punitive damages relief — $5 million
Future damages relief — $5 million
Actual damages relief — $5 million

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Sept 22, 2020

Plaintiff's Signature: [signed]

First Name: Tyrone
Middle Initial: H
Last Name: Massey

Prison Address: 125 White Street

County, City: NY
State: NY
Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: Sept 22, 2020

Page 6

Tyrone Massey
8952000522
125 White Street
N.Y, N.Y 10007

RECEIVED
SDNY PRO SE OFFICE
2020 SEP 29 AM 9: [illegible]

USM P3
SDNY

U.S.D.C.
S.D.N.Y
500 Pearl Street
Newyork, Newyork 10007
pro se office

15¢


RETURNED FOR POSTAGE
FOREVER USA