UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/9/2020
```

TYRONE H. MASSEY,

            Plaintiff,

    v.

CAPTAIN HOLDER; CITY OF NEW YORK,

            Defendants.

20-CV-8067 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants Captain Holder and the City of New York waive service of summons.

SO ORDERED.

Dated:    October 9, 2020
            New York, New York

                                            RONNIE ABRAMS
                                         United States District Judge