**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

TYRONE H. MASSEY,                                :
                                                 :
           Plaintiff,       :        20-CV-8067 (RA) (OTW)
                                                 :
        -against-        :        **<u>ORDER</u>**
                                                 :
CAPT. HOLDER, et al.,                            :
                                                 :
          Defendants.       :
                                                 :
-----------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The application for an extension of time (ECF 13) has been GRANTED.  Defendant's

answer is now due on January 7, 2021.

      The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

      **SO ORDERED.**

                                    *s/ Ona T. Wang*
                                                 _____

Dated: December 9, 2020                  **Ona T. Wang**
       New York, New York           United States Magistrate Judge