**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
TYRONE H. MASSEY,                           :
                                            :
          Plaintiff,          :        20-CV-8067 (RA) (OTW)
                                            :
          -against-          :        **ORDER**
                                            :
CAPT. HOLDER, et al.,                       :
                                            :
          Defendants.         :
                                            :
                                            :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants are ordered to file a response to Plaintiff's letter dated March 7, 2021 (ECF 18) by **Tuesday, March 23, 2021 at 3:00 pm**. The response should provide information regarding Plaintiff's Article 730 evaluation (including the status thereof).

The Clerk of Court is directed to send a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

                                                    *s/ Ona T. Wang*

Dated: March 19, 2021                       **Ona T. Wang**
       New York, New York           United States Magistrate Judge