UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TYRONE H. MASSEY,

            Plaintiff,

            -against-

CAPT. HOLDER, et al.,

            Defendants.
-------------------------------------------------------------x

20-CV-8067 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the instructions given at the March 25, 2021 conference:

- The case is **STAYED** until April 27, 2021.

- Defendants' letter is due April 23, 2021.

- The next status conference will be held on **April 27, 2021 at 12:00 pm**. The dial in information is (866) 390-1828, access code 1582687.

- Defense counsel must serve a copy of the March 25, 2021 conference transcript on Plaintiff and file a certificate of service.

    **IT IS HEREBY ORDERED** that the Warden or other official in charge of the West Facility, or other facility in custody of Tyrone H. Massey, produce inmate Tyrone H. Massey; No. 8952000522, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **April 27, 2021 at 12:00 pm until completion**. At the date and time set forth herein, counsel for the defendants shall place the

1

call to the facility from the Courthouse.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must **(1)** transmit this Order to the Warden forthwith and **(2)** contact the West Facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 2, 2021  
     New York, New York

**Ona T. Wang**  
United States Magistrate Judge