**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
TYRONE H. MASSEY,

        Plaintiff,

        -against-

CAPT. HOLDER, et al.,

        Defendants.

-------------------------------------------------------------x

20-CV-8067 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By letter motion filed on April 21, 2021, Defendants request an adjournment of the April 27, 2021 status conference. Defendants' request for an adjournment is hereby **GRANTED**. The conference is adjourned to **May 13, 2021 at 3:00 pm**. The dial in information is (866) 390-1828, access code 1582687.

**IT IS HEREBY ORDERED** that the Warden or other official in charge of the West Facility, or other facility in custody of Tyrone H. Massey, produce inmate Tyrone H. Massey; No. 8952000522, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **May 13, 2021 at 3:00 pm until completion**.  At the date and time set forth herein, counsel for the defendants shall place the call to the facility from the Courthouse.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0260.

Counsel for Defendants must **(1)** transmit this Order to the Warden forthwith and **(2)** contact the West Facility forthwith to arrange the call and to determine the telephone number at which the plaintiff will be reachable at the above time and date.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 23, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge