**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TYRONE H. MASSEY,

        Plaintiff,

        -against-

CAPT. HOLDER, et al.,

        Defendants.

------------------------------------------------------------x

20-CV-8067 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The status conference scheduled for May 13, 2021 is adjourned *sine die*. Defendants shall file a status letter by **May 20, 2021** addressing Plaintiff's Article 730 evaluation.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 29, 2021
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge