```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TYRONE H. MASSEY,                              :
                                               :
                    Plaintiff,                 :      20-CV-8067 (RA) (OTW)
                                               :
            -against-                          :      **ORDER**
                                               :
CAPT. HOLDER, et al.,                          :
                                               :
                    Defendants.                :
                                               :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to ECF 33 (Notice of Substitution of Counsel), Laura Iheanachor shall be terminated as counsel for Defendants in this matter and shall be replaced by Andrew B. Spears. The Clerk of Court is directed to mail a copy this Order to *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: June 22, 2021  **Ona T. Wang**
New York, New York  United States Magistrate Judge

1