

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY  10007

**ANDREW B. SPEARS**
*Assistant Corporation Counsel*
phone: (212) 356-3159
fax: (212) 356-1148
aspears@law.nyc.gov

July 29, 2021

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re: Tyrone Massey v. City of New York, et al.,
       20 Civ. 8067 (RA) (OTW)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent defendants the City of New York and New York City Department of Corrections ("DOC") Captain Holder in the above-referenced matter.  Pursuant to the Court's Order dated July 12, 2021 (ECF No. 35), defendants write herein to respectfully submit the parties' Proposed Case Management Plan for Pro Se cases, which is annexed to this submission as "Exhibit A."[1]

  Defendants thank the Court for its time and attention to this matter.

                  Respectfully submitted,

                  *Andrew B. Spears* /s

                  Andrew B. Spears
                  *Assistant Corporation Counsel*
                  Special Federal Litigation Division

---

[1] The undersigned conferred with plaintiff via telephone regarding the proposed discovery deadlines on July 28, 2021.  Nevertheless, please be advised that Items 1 and 2 in the parties' Proposed Case Management Plan are submitted solely by defendants, and that Item 3(g) could not be jointly proposed, as the parties do not agree on the necessity of expert discovery in this matter.

cc: **<u>VIA U.S. MAIL</u>**
Tyrone Massey
Plaintiff *pro se*
B&C No. 8952000522
16-06 Hazen Street
East Elmhurst, New York 11370