# DECLARATION OF SERVICE BY FIRST CLASS MAIL

I, Andrew B. Spears, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that on July 29, 2021 I served the following:

- Joint Proposed Case Management Plan, dated July 29, 2021;

in the case captioned <u>Massey v. Holder, et al.</u>, 20 Civ. 8067 (RA) (OTW) by depositing a copy of the same, enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository, and under the exclusive care and custody of the United States Postal Service, upon the following:

Tyrone Massey
B&C No. 8952000522
16-06 Hazen Street
East Elmhurst, New York 11370

Dated: New York, New York
       July 29, 2021

        *Andrew B. Spears*  /s

Andrew B. Spears
*Assistant Corporation Counsel*
Special Federal Litigation Division