UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 23  PM 2: 04

Tyrone Macey

Write the full name of each plaintiff.

-against-

Captain Holder,
E.S.U Captain Moise

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

No. 20 CV 8067

(To be filled out by Clerk's Office)

First Amended

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Tyrone A Massey
_____
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

895200522
_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

MANHATAN Detention Complex (MDC) West Facility
_____
Current Place of Detention

1600 HAZen STreeT
_____
Institutional Address

EAST Elmhurst, NY 11370
_____
County, City          State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Kemba _____ Holder _____ 1754

First Name | Last Name | Shield #

CAPTAIN

Current Job Title (or other identifying information)

75-20 ASTORIA BOULEVARD

Current Work Address

EAST ELMHURST, NY 11370

County, City | State | Zip Code

Defendant 2:

_____ Moise _____ 1451

First Name | Last Name | Shield #

CAPTAIN

Current Job Title (or other identifying information

Current Work Address

County, City | State | Zip Code

Defendant 3:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

Defendant 4:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City | State | Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: MANHATAN DeTenTion complex

Date(s) of occurrence: sepTember 4, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On sepTember 4, 2020 while AT the MANHATAN DeTenTion complex in housing AreA 9 south CAPTAins HoIder and moise WAS responsible for my CAre, cusTody and conTrol As I Am A pretriAl deTained. CAPTAins moise and HoIder observed me beTween 8:20 pm — 9:00 pm on sepTember 4, 2020 experiencing A menTAl heAlTh crisis when I begAn heaming voiles, hAllucinATing and uTilizing glAss To cuT myself CAPTAins hoIder and moise violATed Their legal duTy of cAre by refusing To TAke me To clinic for my seizure madicaTion which the nurse ms-Burice Told them I needed To be escorTed To clinic To receive at ApproximATely 845pm CAPTAin Moise and seuevAl E.s.u officers searched me To confiscATe Any sharp objecT I mAy have had To conTinue To cuT myself AT ApproximaTely

9pm I was told by E.S.U CAPTAIN MORSE and CAPTAIN holder I was not going to clinic To receive my seizure medication or Treatment medically for my open wounds that was bleeding. CAPTAIN Smove and CAPTAIN holder violated their "legal duty of care" As well As my 8th and 14th Amendment rights As well As their own written policy and procedures

see page s2-4 →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

V. STATEMENT OF CLAIM
FACTS: CONTINUED

subjecting me TO unnecessary
pain and suffering, CAPTAIN moise
and holder violated their own
"legal duty of care". Both
CAPTAINS holder and moise WAS
supposed to search me and
immediately Take me To clinic
AS I WAS bleeding from the
lacerations To my body and
To receive my seizure medication
I WAS being A danger To myself
As I WAS experiencing A mental
health crisis and both
captains holder and CAPTAIN
moise refused me medical
Attention, There is A camera
directly outside my cell that
recorded this incident. AT
9 PM on september 4, 2020 I Told
captain holder and CAPTAIN moise
As well as several other Esu officers
I did NOT WANT To lock in

V. STATEMENT of claim
FACTS: continued

AS I needed medical Treatment
I WAS Told by CAPTAIN MOISE And
several E-S-u officers IA I
did not lock in they would
"kill me" I locked in out of fear
when I locked in I immediately
broke my cell light hoping
I would get medical Attention
my cell was opened And
I WAS then sprayed with
chemical Agents. There is
A camera directly outside
My cell that recorded me
cutting myself between 8:20pm
To 9pm on September 4, 2020
And receiving no escort To
clinic for Treatment I filed
no grievance AS "STAFF complaints
Are non-grievable" And not
subjected To the grievance
process of the NYC dept. of
corrections see exhibits A-

V. STATEment of clAim

FACTS continued:

As noTed in RoSS V. BlAke 136 s:cT.1850
inmATes Are required To
exhAusT only administrATive remedies
THAT Are genuinely AvAilAble. The
Supreme courT noTed inmATes musT
only exhAusT remedies THAT Are
CApAble of use To obTAin some relief.
The courT Also noTed THAT A
"remedy is unAvAible when officers
Are consisTently unAble or unwilling
To give inmATes any SorT of
relief". See exhibits A —

ATTACHMENT B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM



| Form: 7101R |
|---|
| Eff.: 2/25/20 |
| Ref.: Dir. 3376R- |

The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

- A grievance is a written or electronic (311) submission by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement. Before you seek relief from an external entity, like the courts or another agency, you should file a grievance with this office.

- You have the right to file a grievance. If you believe Department staff is retaliating against you because of a grievance you submitted, you can file a staff complaint through the grievance process. There must be some connection between the previous grievance you filed and the staff complaint to claim retaliation. Retaliation is any action or threat of action against an incarcerated individual who participates in the grievance process. Retaliation by Departmental staff against anyone for participating in the grievance process is strictly prohibited. Behaviors that may be considered retaliatory include, but are not limited to: threats, reprimands, harassment, or denial of certain privileges.

- Inmates are only allowed to file one complaint for each grievance either written on this form or calling 311.

- Inmates shall not file repetitive grievances on this form or call 311, where the time frame to investigate said grievance has not expired. This will be considered misuse. All grievances have a seven day investigation timeframe.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1. SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2. FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3. COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4. APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5. CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBJECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS | 13. MENTAL HEALTH | 1. ASSAULT ALLEGATION |
| 2. CLOTHING | 14. PERSONAL HYGIENE | 2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA) |
| 3. COMMISSARY | 15. PHONE | 3. HARASSMENT ALLEGATION |
| 4. CORRESPONDENCE / MAIL | 16. PROGRAMS | 4. STAFF COMPLAINT |
| 5. EMPLOYMENT | 17. PROPERTY | 5. INMATE ALTERCATION |
| 6. ENVIRONMENTAL | 18. RECREATION | 6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA) |
| 7. FOOD | 19. RELIGION | 7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION |
| 8. INMATE ACCOUNT | 20. RULES AND REGULATIONS | 8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC) |
| 9. JAIL TIME | 21. SCHOOL | 9. MEDICAL STAFF / MENTAL HEALTH STAFF |
| 10. LAUNDRY | 22. SEARCH | 10. REQUEST FOR PROTECTIVE CUSTODY |
| 11. LAW LIBRARY | 23. SOCIAL SERVICES | 11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY |
| 12. MEDICAL/ACCESS TO SICK CALL | 24. TRANSPORTATION | 12. FREEDOM OF INFORMATION LAW REQUEST |
| | 25. VISIT | 13. HOUSING |
| | 26. OTHER | 14. INMATE GRIEVANCE |
| | | 15. OTHER |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-



The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

**You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.**

- A grievance is a written or electronic (311) submission by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement. Before you seek relief from an external entity, like the courts or another agency, you should file a grievance with this office.

- You have the right to file a grievance. If you believe Department staff is retaliating against you because of a grievance you submitted, you can file a staff complaint through the grievance process. There must be some connection between the previous grievance you filed and the staff complaint to claim retaliation. Retaliation is any action or threat of action against an incarcerated individual who participates in the grievance process. Retaliation by Departmental staff against anyone for participating in the grievance process is strictly prohibited. Behaviors that may be considered retaliatory include, but are not limited to: threats, reprimands, harassment, or denial of certain privileges.

- Inmates are only allowed to file one complaint for each grievance either written on this form or calling 311.

- Inmates shall not file repetitive grievances on this form or call 311, where the time frame to investigate said grievance has not expired. This will be considered misuse. All grievances have a seven day investigation timeframe.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1. SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2. FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3. COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4. APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5. CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

---

### GRIEVANCE CATERGORIES

1. CLASSIFICATION/SRG STATUS
2. CLOTHING
3. COMMISSARY
4. CORRESPONDENCE / MAIL
5. EMPLOYMENT
6. ENVIRONMENTAL
7. FOOD
8. INMATE ACCOUNT
9. JAIL TIME
10. LAUNDRY
11. LAW LIBRARY
12. MEDICAL/ACCESS TO SICK CALL
13. MENTAL HEALTH
14. PERSONAL HYGIENE
15. PHONE
16. PROGRAMS
17. PROPERTY
18. RECREATION
19. RELIGION
20. RULES AND REGULATIONS
21. SCHOOL
22. SEARCH
23. SOCIAL SERVICES
24. TRANSPORTATION
25. VISIT
26. OTHER

### CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS

1. ASSAULT ALLEGATION
2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA)
3. HARASSMENT ALLEGATION
4. STAFF COMPLAINT
5. INMATE ALTERCATION
6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA)
7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION
8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC)
9. MEDICAL STAFF / MENTAL HEALTH STAFF
10. REQUEST FOR PROTECTIVE CUSTODY
11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY
12. FREEDOM OF INFORMATION LAW REQUEST
13. HOUSING
14. INMATE GRIEVANCE
15. OTHER



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: # 7101R-A
Eff.: 9/14/18
Ref.: Dir. 3376R-A



The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
**You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.**

- A grievance is a written complaint submitted by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement.

- You always have the right to file a complaint/grievance. Inmates are only allowed to file one complaint for each grievance form.

- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance with this office.

- Inmate shall not file repetitive grievances / 311 complaints where time frame to investigate said complaint has not elapsed. This will be considered misuse.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS<br>2. CLOTHING<br>3. COMMISSARY<br>4. CORRESPONDENCE / MAIL<br>5. EMPLOYMENT<br>6. ENVIRONMENTAL<br>7. FOOD<br>8. INMATE ACCOUNT<br>9. JAIL TIME<br>10.LAUNDRY<br>11.LAW LIBRARY<br>12.MEDICAL/ACCESS TO SICK CALL | 13. MENTAL HEALTH<br>14. PERSONAL HYGIENE<br>15. PHONE<br>16. PROGRAMS<br>17. PROPERTY<br>18. RECREATION<br>19. RELIGION<br>20. RULES ANDREGULATIONS<br>21. SCHOOL<br>22. SEARCH<br>23. SOCIAL SERVICES<br>24. TRANSPORTATION<br>25. VISIT<br>26. OTHER | 1. ASSAULT ALLEGATION<br>2.SEXUAL ABUSE/SEXUAL HARASSMENT (PREA)<br>3. HARASSMENT ALLEGATION<br>4. STAFF COMPLAINT<br>5. INMATE ALTERCATION<br>6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT ALLEGATION (PREA)<br>7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION<br>8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, ENHANCED RESTRAINT STATUS, RED ID OR CMC)<br>9. MEDICAL STAFF / MENTAL HEALTH STAFF<br>10.REQUEST FOR PROTECTIVE CUSTODY<br>11.REQUEST FOR ACCOMMODATION DUE TO DISABILITY<br>12.FREEDOM OF INFORMATION LAW REQUEST<br>13.HOUSING<br>14.INMATE GRIEVANCE<br>15. OTHER |

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone mASSey | Book & Case #: 8952000522 | NYSID #: 0108303M |
| Facility: MDC | Housing Area: 9 South | Date of Incident: 1/25/2021 | Date Submitted: 1/26/2021 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** CApT. Creswell kept threatening To kill me on Jan 25, 2021 due To me filing lawsuits and prosecuting her cowovkers inviolation of federal statutes 18 USC § 242, 18 USC § 241 18 USC § 513

**Action Requested by Inmate:** I.D, TRIA division federal investigation

**Please read below and check the correct box:**

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | | ☐ | ☒ |
| Do you need the OCGS staff to write the grievance for you? | | ☐ | ☐ |
| Have you filed this grievance with a court or other agency? | | ☐ | ☐ |
| Did you require the assistance of an interpreter? | | ☐ | ☐ |

**Inmate's Signature:** TMas  **Date of Signature:** 1/26/2021

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 376111 | Category: Non Crievable Allegation |

Office of Constituent and Grievances Services Coordinator/Officer Signature:

C. Williams #1180

EXHIBIT C

**ATTACHMENT - B**

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone MASSey | Book & Case #: 8957000522 | NYSID #: 01083103m |
|---|---|---|

| Facility: MDC | Housing Area: 9 south | Date of Incident: ongoing | Date Submitted: 2/18/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp this statement and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: Bing heaving officer officer "Green"
"A" Name initial is "G" female hAs been
denying me disciplinary heavings

Action Requested by Inmate: Afforded disciplinary heavings via handheld
camera in the presence of disciplinary heaving captain

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?    Yes ☐  No ☑

Have you filed this grievance with a court or other agency?    Yes ☐  No ☑

Did you require the assistance of an interpreter?    Yes ☐  No ☑

| Inmate's Signature: | Date of Signature: 2/18/21 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 303758 | Category: Non-Grievable - staff Conduct |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: C/O Williams #193 | |

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/26/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone MASSey | Book & Case #: 895 2000522 | NYSID #: 01083103m |
|---|---|---|
| Facility: MDC | Housing Area: 9 South | Date of Incident: ongoing | Date Submitted: 2/12/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: Nyc health and hospitals, correctional health services NyC D.o.c officials and/or Administrators, city of Newyork, Nyc D.o.c commissioner Cynthia Brann Are Aware That I been making countless complaints About my primary care physicians has been comitting federal criminal acts Against me denying me medical care, falsifying medical reports, being Abusive DR shpits sexually assaulted me etc ---

Action Requested by Inmate: To be provided with Alternate physicians that can conduct physical examinations and provide with me medical care of quality and in Accordance with public health law

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: TM | Date of Signature: Feb 12, 2021 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 382226 | Category: Medical -Staff Non-Grievable complaint |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: C. Williams #1351 | |

ATTACHMENT - B

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION
### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/26/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Tyrone Massey

**Book & Case #:** 8952000522

**NYSID #:** 01083103m

**Facility:** MDC

**Housing Area:** 9 south

**Date of Incident:** ongoing

**Date Submitted:** 2/19/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS), OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** MR. Gladden, social services and program employees are deliberately not allowing me access to my property though ADW Brown signed/approved/authorized me to access my property. Facility Administrators here @ MDC is aware of this issue and not addressing this issue

**Action Requested by Inmate:** Programs, social services and MDC administrators to allow me to access my property

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☐

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** _[signature]_

**Date of Signature:** 2/19/21

FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #** 374693

**Category:** Non-Grievable staff complaint / Req property

Office of Constituent and Grievances Services Coordinator/Officer Signature: _[signature]_

**ATTACHMENT B**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone MASSey | Book & Case #: 8952000522 | NYSID #: 01083103m |
|---|---|---|
| Facility: MDC | Housing Area: 9South | Date of Incident: Ongoing | Date Submitted: 2/19/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS), OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Dr. WACHTel and urgent care doctors not following PreA Protocol I Told Telehealth Dr mins I WAS sexually assaulted and had rect-m penetration I WAS Told by Dr mins That urgent care doctor said I would have To wait until The following day for examination

**Action Requested by Inmate:** 1) Inspector General investigation and Ny C O.P.C officials To enforce PreA protocol.

---

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 2/19/21 |
|---|---|

---

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP
2021 FEB 25 A 7:29
NYC DEPT CORRECTION
OFC CONSTITUENT & GRIEVANCE SVC | Grievance Reference #: 38427 | Category: medical Non-Grievable Staff complaint |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: J.Williams #138 | |

ATTACHMENT B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone MASSey | Book & Case #: 895 2600522 | NYSID #: 0083103M |
|---|---|---|

| Facility: MDC | Housing Area: 9 South | Date of Incident: 2/2/21 | Date Submitted: 2/22/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Ms lewis/luis female nurse told me she spoke to telehealth Doctor and told me I am not getting sick call medical services. this was recorded via facility handheld camera while escorted by captain jones

**Action Requested by Inmate:** nurse staff and MDC administrators to contact CHS patient relations to request assistance in providing me medical care when I am denied medical care or sick call services

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☐

Did you require the assistance of an interpreter?   Yes ☐   No ☐

| Inmate's Signature: | Date of Signature: 2/22/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

TIME STAMP: 2021 FEB 23 A 7:29 DEPARTMENT OF CORRECTION CONSTITUENT & GRIEVANCE SERVS

| Grievance Reference # 384267 | Category: Medical Non-Grievable Staff complaint |
|---|---|

Office of Constituent and Grievances Services Coordinator/Officer Signature: C/o williams #11351

32



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Tyrone Massey

**Book & Case #:** 8952000522

**NYSID #:** 0108303(n)

**Facility:** MDC

**Housing Area:** 9 South

**Date of Incident:** 2/16/21

**Date Submitted:** 2/16/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Captain James denied me sick call Rn DOE seizure medication and medical services for sexual assault on 2/16/21 sexual assault occured on her tour while I was held hostage in shower for 4 plus hours

**Action Requested by Inmate:** All services afforded to me via handheld camera medical services as well and investigation

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** Tm

**Date of Signature:** 2/16/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP** FEB 19 A 8:36

**Grievance Reference #** 883761

**Category:** Non-Grievable Sexual Allegation

Office of Constituent and Grievances Services Coordinator/Officer Signature: C Williams #17354

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: Tyrone Massey | Book & Case #: 8952080522 | NYSID #: 01083103m |
|---|---|---|

| Facility: MDC | Housing Area: 9South | Date of Incident: 2/25/21 | Date Submitted: 2/25/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Officer Trocchia, Officer Gadson and Officer Brodsky Are Assigned To My housing Area Today though Nyc DOC officials including commissioner Cynthia Brann and chiefs dept are Aware THAT I am saying the Above mentioned individuals Sexually Assaulted me and physically Assaulted me yesterday I am making capt. Pirson Aware and she is ignoring me

**Action Requested by Inmate:** Seperation order Against officers Steele, Trocchia, Brodsky and

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 2/25/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 385118 | Category: Non-Grievable staff complaint |
|---|---|---|

Office of Constituent and Grievances Services Coordinator/Officer Signature:

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| ...ne: | ...ne masley | Book & Case #: 8952100522 | NYSID #: 0108310 3m |
|---|---|---|---|

| ...DC | Housing Area: 9 South | Date of Incident: 1/12/21 | Date Submitted: 1/12/2021 |

...must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or ...legation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office ...and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. ...all provide the inmate with a copy of this form as a record of receipt.

_.O Johnson Female #8054 on Feb 12, 2021_
_me to provide A STATEMENT regarding_
_complaint I made Without providing_
_Any information as to what 31_
_laint I made she only told me_
_ey I am not the investigating Captain I was_
_to Ask you to write A STATEMENT"_
_elvies me any meaningful redress_

...ted by inmate: 31 complaint investigations executed by designate
Administrators not delegated to subordinates and

...ow and check the correct box: recorded via handheld camera

...have your statement edited for clarification by OCGS staff?   Yes ☐   No ☒
...OCGS staff to write the grievance for you?   Yes ☐   No ☒
...s grievance with a court or other agency?   Yes ☐   No ☐
...e assistance of an interpreter?   Yes ☐   No ☒

...re: _TMh_      Date of Signature: _Feb 12, 2021_

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| Grievance Reference # 381771 | Category: Non-Grievable Other Complaint |
|---|---|

Office of Constituent and Grievances Services Coordinator/Officer Signature: C J O Williams #1051

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Inmate's Name: Tyrone Massey

Book & Case #: 8952000522

NYSID #: 01083103m

Facility: MDC

Housing Area: 9 south

Date of Incident: 1-25-2021

Date Submitted: 1-26-2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp this statement and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: C.O Trucchia on Jan 2021 during 7-3 tour in housing Area 9 south can be seen on camora not executing his legal dutie of care watching me bang my head And not render Aid

Action Requested by Inmate: Officer Trucchia Administratively disciplined

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☐    No ☑

Do you need the OCGS staff to write the grievance for you?    Yes ☐    No ☑

Have you filed this grievance with a court or other agency?    Yes ☐    No ☑

Did you require the assistance of an interpreter?    Yes ☐    No ☑

Inmate's Signature: _____

Date of Signature: 1/26/2021

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP:

Grievance Reference # 376122

Category: Non-Grievable staff conplnt

Office of Constituent and Grievances Services Coordinator/Officer Signature: C/O williams #17357

48

ATTACHMENT - B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Tyrone MASSEy

**Book & Case #:** 8957000522

**NYSID #:** 01083123 m

**Facility:** MDC

**Housing Area:** 9 South

**Date of Incident:** 1/25,26/2021

**Date Submitted:** 1/26/2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** CAPT. Adams during the 11pm-7Am Tour on Jan 25/26/2021 refused me Medical care though I complained To her of bleeding, swelling and excruciating pain As a result of me being involved in multiple use of forces on Jan 25, 2021 and not examined or given medical care she stated "you are A federal rat we gonna kill you in violation of federal STATUTES 18 USC §§ 241, 242 18 USC § 1513

**Action Requested by Inmate:** I.D Trials division investigation and disciplining of CAPT. Adams and federal investigation/prosecution As swell

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** TMr

**Date of Signature:** 1/26/2021

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**
2021 NYC 1202
OCGS NYC DEPT CORRECTION
[stamp]

**Grievance Reference #** 376134

**Category:** Non-Grievable - Staff Conduct

**Office of Constituent and Grievances Services Coordinator/Officer Signature:** C Mourllian #1351



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Tyrone MASSey

**Book & Case #:** 8952000522

**NYSID #:** 0083103m

**Facility:** MDC

**Housing Area:** 9 South

**Date of Incident:** Ongoing

**Date Submitted:** 1/26/2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On January 25,2021 Nurse M. Carberry here At MDC responded To medical emergency for me After I kept self harming myself by repeatedly banging my head And having seizure and being nonresponsive she left me in housing Area in violation of standard medical protocol and had To be called A second time To respond To medical emergency for me She has been violating my medical constitutional rights

**Action Requested by Inmate:** M. Carberry (nurse) To be disciplined

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?     Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?     Yes ☐   No ☑

Have you filed this grievance with a court or other agency?     Yes ☐   No ☑

Did you require the assistance of an interpreter?     Yes ☐   No ☑

**Inmate's Signature:** TMK

**Date of Signature:** 1/26/2021

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

**TIME STAMP** 26 JAN 2021
NYC DEPT. CORRECTION
CONSTITUENT & GRIEVANCE SVC

**Grievance Reference #** 376070

**Category:** Non-Grievable - Medical Complaint

**Office of Constituent and Grievances Services Coordinator/Officer Signature:** C/O Williams #13351

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

's Name: Tyrone Massey

Book & Case #: 892000522

NYSID #: 00083103M

MDC

Housing Area: 9 South

Date of Incident: 1/25/2021

Date Submitted: 1/26/2021

ances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or
ent allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office
tuent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number.
aff shall provide the inmate with a copy of this form as a record of receipt.

e: Capt Creswell violated the Nunez Agreement
eral mandate several times on Jan 25,2021
taliation for me filing federal lawsuits she
ediately activated a facility alarm though I
d no threat to noone nor was I being disruptive
the time she activated a facility alarm I
nst even in facility for 120 seconds no IPC skills
alation or crisis intervention skills was utilized

quested by inmate: Capt Creswell to be disciplined, and federally
cuted for violating federal statutes 18 USC § 242, 18 USC §
241
18 USC § § 1513

d below and check the correct box:

| | Yes | No |
|---|---|---|
| e to have your statement edited for clarification by OCGS staff? | ☐ | ☒ |
| l the OCGS staff to write the grievance for you? | ☐ | ☒ |
| ed this grievance with a court or other agency? | ☐ | ☒ |
| ire the assistance of an interpreter? | ☐ | ☒ |

nature: [signature]

Date of Signature: 1/26/2021

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

Grievance Reference # 376100

Category: Non-Grievable — Staff complaint

Office of Constituent and Grievances Services Coordinator/Officer Signature: G. Williams #1138

ATTACHMENT D

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Name:** Tyrone MASSey

**Book & Case #:** 8982000522

**NYSID #:** 01083/03M

**Housing Area:** 9 south

**Date of Incident:** On 50th C

**Date Submitted:** 1/20/21

...nces must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or ...nt allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office ...uent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. ...aff shall provide the inmate with a copy of this form as a record of receipt.

...e: Franklin Mejia is Aware of my complaints pain and injuries and has been refusing sick call care medical care Today i...d him i'am in pain and have injuries as result of being assaulted, having seizure i involved in use of force during 3-11 tour 1/19/21 he still refuse to give me medical e. Today on 1/20/21

...quested by Inmate: medical care in accordance with c call and medical standards/protocol

...d below and check the correct box:

...e to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

...l the OCGS staff to write the grievance for you?   Yes ☐   No ☑

...ed this grievance with a court or other agency?   Yes ☑   No ☐

...ire the assistance of an interpreter?   Yes ☐   No ☑

**...gnature:** TMh

**Date of Signature:** 1/20/21

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**Grievance Reference #:** 374718

**Category:** Non-Grievable medical Staff complaint

**Office of Constituent and Grievances Services Coordinator/Officer Signature:** G williams #17851

**ATTACHMENT - B**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Inmate's Name: Tyrone Massey

Book & Case #: 8952000522

NYSID #: 010 83103m

Facility: MDC

Housing Area: Q South

Date of Incident: 1/14/21

Date Submitted: 1/18/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I Told CAPTAin Oudkerk shield # on Jan 14, 2021 I had a fight with Nigel Fredricks #14119042051 in Sept 2020 And was sure if he placed said inmate in the living cage with me he would ATTACK me Again CAPT Oudkerk stated "So what you A snitch And Transgender Somebody needs To kill you he Then placed Nigel Federicks in cage with me So I can be ASSAULTED

Action Requested by Inmate: investigation and captain Oudkerk Administratively disciplined.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?    Yes ☐  No ☑

Have you filed this grievance with a court or other agency?    Yes ☐  No ☑

Did you require the assistance of an interpreter?    Yes ☐  No ☑

Inmate's Signature: TM

Date of Signature: 1/20/21

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

TIME STAMP

Grievance Reference #: 374653

Category: Non-Grievable Staff Complaint

Office of Constituent and Grievances Services Coordinator/Officer Signature: C. Williams #9351

# DEPARTMENT OF CORRECTION

## ICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Book & Case #: 895200052

NYSID #: 0108103 M

one massey

Housing Area: 9 south

Date of Incident: 1/14/2021

Date Submitted: 1/16/2021

t be submitted within ten business days after the incident occurred, unless it's a sexual abuse or
ion. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office
Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number.
ovide the inmate with a copy of this form as a record of receipt.

Told CAPTAIN oudkevk I was sexually
ed by DR loSiF shpits on JAn 14,2021
dkevk replied he's not doing nothing
ess the issue

y inmate: inVestigAtion and cAp oudkevk
iplined And I be escorted with hAndheld camera

nd check the correct box:

your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

staff to write the grievance for you?   Yes ☐   No ☑

vance with a court or other agency?   Yes ☐   No ☑

istance of an interpreter?   Yes ☐   No ☑

Date of Signature: 1/16/2021

### FOR DOC OFFICE USE ONLY

GS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

Grievance Reference # 314648

Category: Non-Grievable - Staff complaint

Office of Constituent and Grievances Services Coordinator/Officer Signature: C J williams # 17851

E X H I B I T   Q

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form HR 20
Eff.: 20
Ref.: 3376R-A

Inmate's Name: Tyrone Massey

Book & Case #: 895 2000 522

IYSID #: 010 83103m

Facility: MDC

Housing Area: 9 South

Date of Incident: 11 8 2021

Date Submitted: 11 8 2021

All grievances must be submitted within ten business days after the incident occurred, unless it's sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Franklin Mejia refused to give me medical care on Jan 18, 2021 despite me complaining to him I was sexually assaulted by 10.17 shorts physically assaulted by another inmate and had seizure in cell I am in pain

**Action Requested by Inmate:** access to another physician to replace Franklin Mejia escorted in facility with hand held camera

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

Inmate's Signature: _____

Date of Signature: 11 8 2021

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP

Grievance Reference #: 37464G

Category: Non-grievable - Medical Staff complaint

Office of Constituent and Grievances Services Coordinator/Officer Signature: C. Williams #12057

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Name: Tyrone MASSey

Book & Case #: 895 2000522

NYSID #: 01083103m

MDC

Housing Area: 9 5th

Date of Incident: 1/4/21

Date Submitted: 1/20/21

...nces must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or ...ent allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office ...uent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. ...aff shall provide the inmate with a copy of this form as a record of receipt.

...e: CAPT. COhAll refused To proved me
...edical care despite me CUTTing
...self in her presence I Told her I was
...pain and wANTed medical care the
...A in my cAge recorded me placing
...paper on window sTATing "I need medical
...ing myself cause of deadlock"

...quested by Inmate: CAPT COhAll To be AdministrATiely
...ciplined

...l below and check the correct box:

...e to have your statement edited for clarification by OCGS staff?    Yes ☐  No ☑

...the OCGS staff to write the grievance for you?    Yes ☐  No ☑

...d this grievance with a court or other agency?    Yes ☑  No ☐

...re the assistance of an interpreter?    Yes ☐  No ☑

...nature: TM n

Date of Signature: 1/20/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

Grievance Reference #: 874745

Category: NonGrievable StAff complAinT

Office of Constituent and Grievances Services Coordinator/Officer Signature: Qowilliams #1878

ATTACHMENT - B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Name: Yone MASSey

Book & Case #: 895 2000 522

NYSID #: 01083103m

Housing Area: 9 South

Date of Incident: 1 19 21

Date Submitted: 1 19 21

...es must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or
...allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office
...nt and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number.
...shall provide the inmate with a copy of this form as a record of receipt.

~~...~~

Captain Firsov, C.O Grant (clinic officer)
Josif shpits did not make sure I
given medical care after use of
...e incident with me and E.S.U
...ers they told me hold it down
...the morning violating federal statutes 18 USC 5241
18 USC 5242
...uested by inmate: NYC DOC investigation 42 USC 1985
...al investigation Afford of services and 42 USC 1986
...lowted with hand held camera

...below and check the correct box:

... to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

...the OCGS staff to write the grievance for you?   Yes ☐   No ☑

...d this grievance with a court or other agency?   Yes ☐   No ☑

...re the assistance of an interpreter?   Yes ☐   No ☑

...nature: _____   Date of Signature: 1 19 21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

Grievance Reference #: 374686

Category: Non-grievable   Non-grievable Staff Complaint

Office of Constituent and Grievances Services Coordinator/Officer Signature: J Williams #1988

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

Inmate's Name: Tyrone massey

Book & Case #: 89 2 006 522

NYSID #: 01083103m

Facility: West Facility

Housing Area: SyRung 13

Date of Incident: on going

Date Submitted: 3/16/2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 12/14/2020 I made a 311 complaints that Cmbt mcpaul and captain fixon denied me medical attention after I was splashed with urine and feces no one has spoke to me about this I also made 311 complaints of being splashed on 12/12/20, 12/13/20, 12/14/20, 12/15/20 there was also emails sent to NYC ODC employees and officials on DEC 14, 2020 of me being splashed and denied medical treatment by the afore mentioned captains and no one has spoken to me

**Action Requested by Inmate:** 311 complaints numbers filed on 12/11/20 to 12/17/20 emails sent by Will A mccarthy of prisoners rights project on 12/14/20 and investigations conducted on the above mentioned incidents given to me.

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☒

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☒

Have you filed this grievance with a court or other agency?   Yes ☐   No ☒

Did you require the assistance of an interpreter?   Yes ☐   No ☒

Inmate's Signature: TM JZ

Date of Signature: 3/16/2021

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP

Grievance Reference # # 393826

Category: Non grievable F.O.I.L

Office of Constituent and Grievances Services Coordinator/Officer Signature:
S. CANADY

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Massey, Tyrone | Book & Case #: 349.19.05886 | NYSID #: 0108 3103M |
|---|---|---|
| Facility: NIC-Main | Housing Area: 2A | Date of Incident: | Date Submitted: |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: not being produce to his infraction hearings

Action Requested by Inmate: Hearing officer Rodriguez to directly afford me, my hearing in person.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☐

Did you require the assistance of an interpreter?   Yes ☐   No ☐

| Inmate's Signature: | Date of Signature: |
|---|---|

### FOR DOC OFFICE USE ONLY
OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP 2020 FEB 10 | Grievance Reference # 282/584 | Category: non-grievable-other   staff complaint |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: D. Canady | |

Tyrone Massey
895200 522|

1606 Hazen Street
E. Elmhurst, NY 11370



USMP3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 23 PM 2: 28

USDC
SDNY
500 Pearl Street
NY, NY 10007
ATTN: Pro Se Office