UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TYRONE H. MASSEY,

          Plaintiff,

          -against-

CAPTAIN HOLDER and E.S.U. CAPTAIN MOISE,

          Defendants.

-------------------------------------------------------------x

20-CV-8067 (RA) (OTW)

**ORDER OF SERVICE**

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the rulings made on the record at today's Status Conference, ECF 40 is now the operative complaint. The Court requests that ESU Captain Moise waive service of summons. Defendants' deadline to respond to the Amended Complaint (ECF 40) is **December 10, 2021**.

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Clerk of Court is also directed to mail a copy of this Order to the *pro se* Plaintiff.

       **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: October 12, 2021                         **Ona T. Wang**
       New York, New York                 United States Magistrate Judge