UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone Massey

                              Plaintiff,

    -against-

City of New York et al

                              Defendant(s).

20-CV-08067
WAIVER OF SERVICE OF
SUMMONS EXECUTED

      Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

Moise

Dated:    October 19, 2021
              New York, New York

                                                    s/

                                                  Melissa Guillaume
                                                  Deputy General Counsel
                                                  New York City Department of Correction
                                                  718-546-0949