USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE H. MASSEY,

                Plaintiff,

      v.

CAPTAIN HOLDER, THE CITY OF NEW YORK,

                Defendants.

No. 20-CV-8067 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the Court's Order of December 13, 2021, Plaintiff's opposition to Defendants' motion to dismiss was due on February 17, 2022. To date, the Court has not received that opposition. By no later than March 24, 2022, Plaintiff shall either submit his opposition or advise the Court that he does not intend to file an opposition. If the Court does not receive any communication from Plaintiff, it may dismiss this action for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    March 3, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge