| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 04/11/2022 |

TYRONE H. MASSEY,

                     Plaintiff,

        v.

CAPTAIN HOLDER, THE CITY OF NEW YORK,

                     Defendants.

No. 20-CV-8067 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to the Court's Order of December 13, 2021, Plaintiff's opposition to Defendants' motion to dismiss was due on February 17, 2022. Plaintiff did not file any opposition. On March 3, 2022, the Court ordered Plaintiff to either submit his opposition or advise the Court that he did not intend to file one by March 24, 2022. The Court warned that if it did not receive any such communication from Plaintiff, it may dismiss this action for failure to prosecute. To date, the Court has still not heard from Plaintiff. If it has not received any communication from Plaintiff by May 2, 2022, it shall dismiss this action for failure to prosecute at that time.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:     April 11, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge